# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. |
| | § | 4:09-CR-199-(1) RAS-DDB |
| GILBERT RAY SANCHEZ, JR. (1) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore, **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of twelve (12) months and one (1) day to run consecutive with Defendant's sentence received in *State of Texas v. Sanchez* Cause No. 219-82782-2014, in the 219th Judicial District Court of Collin County, with no term of supervised release to follow.

1

The court recommends that Defendant be housed in the Bureau of Prisons Ft. Worth facility, if appropriate.

**IT IS SO ORDERED.**

**SIGNED this the 16th day of October, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE